IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. |
| Plaintiff, | : | **3 23 ⋅ 0107** |
| v. | : | |
| **MARCUS LEON DAVIS,** | : | **INDICTMENT** <br> 18 U.S.C. §§ 2251(a) and (e) <br> 18 U.S.C. §§ 2252(a)(2) and (b)(1) |
| | : | **18 U.S.C. §§ 2252(a)(4)(b) and (b)(2)** |
| Defendant. | | |
| | : | **FORFEITURE** |

MICHAEL J. NEWMAN

**THE GRAND JURY CHARGES THAT:**

## COUNT 1
### [18 U.S.C. §§ 2251(a) and (e)]

On an exact date unknown but between on or about March 12, 2023 and on or about July 12, 2023, in the Southern District of Ohio, the defendant, **MARCUS LEON DAVIS**, did employ, use, persuade, induce, entice, and coerce any minor – Child 1 -- to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of such conduct and such visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce, or in and affecting interstate or foreign commerce or mailed.

All in violation of Title 18 United States Code Section 2251(a) and (e).

## COUNT 2
### [18 U.S.C. §§ 2251(a) and (e)]

Beginning on an exact date unknown but on or about September 7, 2023 through on or

about October 23, 2023, in the Southern District of Ohio, the defendant, **MARCUS LEON DAVIS**, did employ, use, persuade, induce, entice, and coerce any minor -- Child 2 -- to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of such conduct and such visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce, or in and affecting interstate or foreign commerce or mailed.

All in violation of Title 18 United States Code Section 2251(a) and (e).

## COUNT 3
### [18 U.S.C. §§ 2252(a)(2) and (b)(1)]

During a period of time beginning on or about September 27, 2023, and ending on or about October 23, 2023, in the Southern District of Ohio, the defendant, **MARCUS LEON DAVIS**, knowingly distributed or attempted to distribute any visual depiction using any means or facility of interstate or foreign commerce, that has been mailed, shipped and transported in or affecting interstate or foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

All in violation of Title 18 United States Code Sections 2252(a)(2) and (b)(1).

## COUNT 4
### [18 U.S.C. §§ 2252(a)(2) and (b)(1)]

During a period of time beginning on or about September 27, 2023, and ending on or about October 23, 2023, in the Southern District of Ohio, the defendant, **MARCUS LEON DAVIS**, knowingly distributed or attempted to distribute any visual depiction using any means or facility

2

of interstate or foreign commerce, that has been mailed, shipped and transported in or affecting interstate or foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

All in violation of Title 18 United States Code Sections 2252(a)(2) and (b)(1).

## COUNT 5
### [18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)]

On or about October 24, 2023, in the Southern District of Ohio, the defendant, **MARCUS LEON DAVIS**, knowingly possessed or accessed with the intent to view at least one matter which contains any visual depiction that has been mailed, shipped and transported using any means and facility of interstate or foreign commerce, including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduction.

All in violation of Title 18 United States Code Sections § 2252(a)(4)(B) and (b)(2).

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in this Indictment, the defendant, **MARCUS LEON DAVIS**, shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B or 2260 of Chapter 110 of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and (3) any property, real or personal, used or intended to be used to commit or

to promote the commission of such offense(s) or any property traceable to such property, including but not limited to, the following subject property:

- USB Accessories (Memory Card with USB Accessory);
- LG Phone (Model: LGL22C, S/N: 504CQHE0253241);
- Beikell USB Drive;
- Two (2) SIM Cards;
- iPod Touch (Apple, S/N: 1C849AYX201, 8GB);
- Red Android Phone (UMIDIGI);
- Blue Samsung Phone (Model: SM-S102DL, S/N: 357855104779240);
- Gameboy with Accessories (Gameboy Advance, S/N: Au105393267);
- Xbox One Console (Model: 1540, S/N: 072655345148);
- Black PlayStation4 (Model: CUH-1001A, S/N: MB084871169);
- Black Xbox Console (S/N: 621822743905);
- PlayStation Processing Unit with Cords (Model: CUH-ZVR2, S/N: MF543227933);
- Alien Computer Desktop (Model: D23M, S/N: CG95H63);
- Four (4) USB Flash Drives ((2) 4 GB, 8 GB, 64 GB);
- SD Card (2 GB, CSGB16A);
- Netgear Wi-Fi Box Ethernet (Model: N 300 Wireless Router, S/N: 2JM10CA9308);
- Kingston Micro-SD Card (8 GB);
- Black Samsung Tablet (Model: SM-T378V, S/N: 52087092344614);
- Amazon Tablet (Model: P8AT8Z);
- Canon Printer (Model: F174900, S/N: NNTA103392);
- Nintendo Switch with Charging Cord (Model: HAC-001, S/N: XAW10013210037);
- Nintendo Base and Docking Station;
- USB Flash Drive (SanDisk Cruzer, 8 GB);

- White Xbox Series S (S/N:60214517);

- Avolusion External Storage Device (Model: HDDGU3-PRO5X-WH, S/N: AVQ2109003997);

- Red USB Drive (DT101 G2, 8GB);

- Three (3) LG Phones ((1) Model: LGL22C, S/N: 504CQHE025324, (2) Model: LGL39C, S/N: 401CYUK0285958, (3) Model: GS390GO, S/N: 008KPPB160256);

- Two (2) Samsung phones ((1) Model: SM-J3LSMJ327A, S/N: R28J516JPKE, (2) Model: SM-G360AZ, S/N: R28G81SQPLF);

- Two (2) iPod Touch ((1) 32 GB, S/N: 1B0149PC6K2, (2) 8 GB, S/N: 8L9446CC75);

- Two (2) USB Drives (1 Red, 1 Blue);

- Gameboy with Case and Cartridge (Model: AGB-001, S/N: AU645918340);

- Three (3) PlayStation Memory Cards (1 Green, 1 Blue, 1 Black);

- Black Xbox 360 with Cord and Controller (Model: 1439, S/N: 004269713709);

- Black PlayStation3 with (2) Controllers (Barcode reading "WC53HQ204") ;

- Dell Laptop (Model: Inspiron P75F, S/N: 94TXWS2);

- Bamboo Tablet (Model: CTH-460, S/N: 9JAP048434);

- Lacie IP Link;

- Seagate Portable Drive (Model: SRD0NF1, S/N: NACAP2YV);

- External ODD and HDD Device;

- TP-Link Wi-Fi System (Model: Deco W2400, S/N: Y20BQ12B00525);

- White PlayStation5 with Cords (Model: CFI-1015A, S/N: AJ157168851);

- USB dongle (Stealth 600P Gen 2TX);

- Seagate Desktop Drive (Model: SRD0NF2, S/N: NAABPTCC9);

- HP Laptop with Charger (Model: 15-an044nr, S/N: 5CD5437TZN); and

- Samsung Phone (Model: Galaxy S20, S/N: 352620113004492).

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

_____
FOREMAN

KENNETH L. PARKER
United States Attorney

_____
AMY M. SMITH
Assistant United States Attorney