IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:23-CR-107 |
| Plaintiff | : | JUDGE MICHAEL J. NEWMAN |
| v. | : | **UNITED STATES' MOTION TO FILE SENTENCING** |
| MARCUS LEON DAVIS | : | **MEMORANDUM UNDER SEAL** |
| Defendant | : | |

Now comes the United States Attorney and moves this Court, pursuant to its inherent power to control papers filed with the Court, for a protective order sealing the Government's forthcoming Sentencing Memorandum.

Due to the nature of the charged offense in this case and certain information contained in the Presentence Investigation Report, and the need to reference those items in the Sentencing Memorandum, the government requests that it be permitted to file said Memorandum under seal.

WHEREFORE, the United States of America respectfully requests that the previously referenced document be sealed and kept from public inspection until otherwise ordered by this Court.

Respectfully submitted,

KENNETH L. PARKER
UNITED STATES ATTORNEY

*/s/ Amy M. Smith*
AMY M. SMITH (0081712)
ELIZABETH L. MCCORMICK (0087862)
Assistant United States Attorney
Attorney for Plaintiff
Federal Building
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
amy.smith2@usdoj.gov
elizabeth.mccormick@usdoj.gov

1

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion to File Sentencing Memorandum

Under Seal was served, via ECF, upon counsel for defendant on this the 7th day of May, 2024.

/s/Amy M. Smith
AMY M. SMITH (0081712)
Assistant United States Attorney

2