UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 3:23CR107 |
| Plaintiff, | : | |
| | | Judge Michael J. Newman |
| vs. | : | |
| MARCUS LEON DAVIS, | : | **MOTION TO SEAL PLEA AGREEMENT AND STATEMENT OF FACTS AND TO PROVIDE REDACTED VERSION TO CLERK'S OFFICE FOR PUBLIC FILING** |
| | : | |
| | : | |
| Defendant. | | |

The Government respectfully requests that the Plea Agreement and Statement of Facts (Doc. 28) in this matter be sealed in order to protect victim privacy. The Government further requests permission to provide a redacted version of the Plea Agreement and Statement of Facts to the Clerk's Office for filing on the public docket. Defense counsel does not object to this motion.

                                            Respectfully submitted,

                                            KENNETH L. PARKER
                                            United States Attorney

                                            s/Amy M. Smith
                                            AMY M. SMITH (0081712)
                                            Assistant U.S. Attorney
                                            United States Attorney's Office
                                            200 West Second Street, Suite 600
                                            Dayton, Ohio 45402
                                            Office: (937) 225-2910
                                            E-mail: Amy.Smith2@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that, on May 15, 2024, a copy of the foregoing was served on defense counsel via the Court's electronic filing system.

                 s/Amy M. Smith
                AMY M. SMITH (0081712)