IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:23-CR-107 |
| v. | : | JUDGE MICHAEL J. NEWMAN |
| | : | MOTION TO UNSEAL CASE FROM |
| MARCUS DAVIS | | INDICTMENT (R.16) FORWARD |
| | : | |

Now comes the United States, by counsel, and respectfully requests that this case from the Indictment (R.16) forward be unsealed with the following exceptions: the United States requests that documents and Orders that were filed under seal remain under seal as those documents contain sensitive information that would not be appropriate for viewing by the general public, namely Doc. 19, 20, 27, 28, 32, 33, 34, and 36 as well as any future docket entries, filings, or portions thereof filed under seal.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney


s/Amy M. Smith
AMY M. SMITH (0081712)
Assistant United States Attorney
Attorney for Plaintiff
Walter H. Rice Federal Building
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Fax: (937) 225-2564
E-mail: amy.smith2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to counsel for defendant pursuant to the Clerk's CM/ECF electronic filing system on the same date as filing.

s/Amy M. Smith
AMY M. SMITH (0081712)